# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TRACY A. CARTER,

    Plaintiff,

  v.                                       Civil Action 2:17-cv-766
                                              Judge George C. Smith
                                              Magistrate Judge Jolson

BARHAM LEGAL, LLC, et al.,

    Defendants.

## ORDER

Defendant Partners for Payment Relief DE IV, LLC ("PPR") has moved to participate in the mediation scheduled for the week of March 12, 2018 via telephone. (Doc. 14). PPR states that it is located in Philadelphia, Pennsylvania, and its representative is required to be at its headquarters for other work-related responsibilities during the mediation week. Nevertheless, PPR wishes to proceed with mediation via telephone. Additionally, PPR's counsel, who is also a party defendant in this action, will appear in person on his behalf and on behalf of Defendant Barham Legal. In light of the foregoing, PPR's Motion To Participate In Mediation Via Telephone is **GRANTED**.

    IT IS SO ORDERED.

Date: February 20, 2018                          /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE