**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **TRACY A CARTER** | : | | |
| Plaintiff | : | **Civil Action 2:17-cv-766** | |
| vs | : | **Judge Smith** | |
| **BARHAM LEGAL, LLC, et al** | : | **Magistrate Judge Jolson** | |
| Defendants | : | **Mediator Thomas M Tyack** | |

**NOTICE OF SETTLEMENT CONFERENCE**

Under the provisions of General Order 13-01, this case is hereby noticed for **Settlement Week mediation**

## March 13, 2018    at    9:00 a.m.

Please **check for room assignments outside** the Office of the Clerk, **Room 121,** 85 Marconi Boulevard, Columbus, Ohio for assignment to a mediation room.

The **rules for mediation** are:

1. **Each party** and their **trial attorney must attend.**
2. No later than **March 2, 2018, plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than **March 9, 2018, defendant** must make a reasoned written **response** served on all counsel **and the mediator.**

**NOTE:** The mediator should notify the court if the plaintiff and/or defendant fail to comply with this order.

4. All settlement discussions shall be subject to Federal Evidence Rule 408.

**CANCELLATION.** If, after exchanging offers and demands, all counsel agree that the case should not be mediated during the above Settlement Week, they must file a motion to request cancellation. The motion must be served on the client.

**Kimberly A. Jolson
United States Magistrate Judge**

Date: February 23, 2018

s/Jessica Rector
(By) Jessica Rector/Courtroom Deputy
(614) 719-3026
jessica_rector@ohsd.uscourts.gov